# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DAVID EDMOND TRINE,** Defendant. | CR-13-00050-GF-BMM **ORDER DISMISSING PETITION** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the August 24, 2023 Petition for Summons for Offender Under Supervision is **DISMISSED**. **IT IS FURTHER ORDERED** that the hearing scheduled for March 12, 2024, is **VACATED**.

DATED this 12th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court